IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA VOCCIANTE, as Administrator of the Estate of PIETRO VOCCIANTE and ROSALBA V. ASSANTE,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | C.A. No. 18-540 (MN) (SRF) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on March 25, 2020, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 157) in this action, recommending that the Court grant the motions for summary judgment of Defendants Flowserve US Inc. solely as successor to Edwards Valves, Inc. (D.I. 129) and Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc. (D.I. 133); and

WHEREAS, no party filed objections to the Report concerning the aforementioned summary judgment motions pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 9th day of April 2020 that the Report and Recommendation is ADOPTED.

Defendant Flowserve US Inc. solely as successor to Edwards Valves, Inc.'s Motion for Summary Judgment (D.I. 129) is GRANTED.

Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.'s Motion for Summary Judgment (D.I. 133) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Flowserve US Inc. solely as successor to Edwards Valves, Inc. and Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc. and against Plaintiffs Laura Vocciante, as Administrator of the Estate of Pietro Vocciante, and Rosalba V. Assante.

_____
The Honorable Maryellen Noreika
United States District Judge