# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA VOCCIANTE, as Administrator of the Estate of PIETRO VOCCIANTE and ROSALBA V. ASSANTE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., )<br><br>Defendants. ) | Civil Action No. 18-540-MN-SRF |

## REPORT AND RECOMMENDATION FOR ORDER OF DISMISSAL

WHEREFORE, Does 1–500 Inclusive are the only remaining defendants in this case;

WHEREFORE, October 18, 2019, was the deadline for completion of discovery (D.I. 101), and Plaintiffs have not identified any Doe defendant;

WHEREFORE, pursuant to Fed. R. Civ. P. 21, district courts may dismiss Doe defendants *sua sponte*, *see King v. Mansfield Univ. of Pa.*, 2014 WL 4546524, at *10–11 (M.D. Pa. Sept. 12, 2014); and

WHEREFORE, it is appropriate for the court to dismiss the Doe defendants in order for the case to be terminated from the court's docket, if, after reasonable discovery, plaintiffs have not ascertained the identities of the Doe defendants, *Blakeslee v. Clinton Cty.*, 336 Fed. Appx. 248, 250 (3d Cir. 2009);

IT IS HEREBY RECOMMENDED THAT Defendants Does 1–500 Inclusive are ordered dismissed pursuant to Fed. R. Civ. P. 21.

Dated: April 13, 2020

_____
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE