IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA VOCCIANTE, as Administrator of the Estate of PIETRO VOCCIANTE and ROSALBA V. ASSANTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-540 (MN) (SRF)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

　　WHEREAS, on April 13, 2020, Magistrate Judge Fallon issued a Report and Recommendation for Order of Dismissal ("the Report") (D.I. 161) in this action, recommending the Complaint be dismissed *sua sponte* as to Defendants Does 1 – 500 Inclusive pursuant to FED. R. CIV. P. 21 and

　　WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

　　THEREFORE, IT IS HEREBY ORDERED this 28th day of April 2020 that the Report and Recommendation for Order of Dismissal (D.I. 161) is ADOPTED. Defendants Does 1 – 500 Inclusive are DISMISSED. The Clerk of Court is directed to CLOSE this case.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge